# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Moreno, Mark A. | **2. Court or Organization**<br><br>U.S. District Court, D.S.D. | **3. Date of Report**<br><br>04/21/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Part-Time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐    Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

| |
|---|
| **7. Chambers or Office Address**<br><br>419 Federal Building<br>225 South Pierre Street<br>Pierre SD 57501 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder and President | Moreno, Lee & Bachand, P.C. |
| 2. | Director and President | Neltom Addition Civic & Recreational Association |
| 3. | Member | Ecliptic LLC |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/21/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Moreno, Lee & Bachand, P.C. | $123,229.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock - Moreno, Lee & Bachand, P.C. | | None | K | U | | | | | |
| 2. Am. Century Equity, Inc. (RBC) | B | Dividend | J | T | | | | | |
| 3. AMG Yackman (RBC) | B | Dividend | J | T | | | | | |
| 4. Am. Funds Fundamental Investors (RBC) | B | Dividend | K | T | | | | | |
| 5. Am. Funds Growth Fund America (RBC) | B | Dividend | K | T | | | | | |
| 6. Prime Cap Odyssey | A | Dividend | J | T | | | | | |
| 7. T. Rowe Price Health Sciences (RBC) | A | Dividend | J | T | | | | | |
| 8. T. Rowe Price Media & Telecommunications (RBC) | A | Dividend | J | T | | | | | |
| 9. T. Rowe Price Mid-Cap Value (RBC) | B | Dividend | J | T | | | | | |
| 10. T. Rowe Price New Horizons (RBC) | B | Dividend | J | T | | | | | |
| 11. Vanguard Dividend Growth (RBC) | A | Dividend | J | T | | | | | |
| 12. Vanguard Growth Index (RBC) | A | Dividend | K | T | | | | | |
| 13. Am. Funds Cap. World Growth & Inc. (RBC) | B | Dividend | J | T | | | | | |
| 14. Dodge & Cox International Stock (RBC) | B | Dividend | J | T | | | | | |
| 15. Am. Funds New Perspective (RBC) | A | Dividend | J | T | | | | | |
| 16. Oakmark International (RBC) | A | Dividend | J | T | | | | | |
| 17. Harbor Bond (RBC) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMG GW&K Core Bond (RBC) | A | Dividend | J | T | | | | | |
| 19. TCW Total Return Bond (RBC) | A | Dividend | J | T | | | | | |
| 20. Am. Funds Cap. Inc. Bldr. (RBC) | A | Dividend | J | T | | | | | |
| 21. FPA Crescent (RBC) | B | Dividend | K | T | | | | | |
| 22. Janus Balanced (RBC) | A | Dividend | J | T | | | | | |
| 23. Oakmark Eq. & Inc. (RBC) | B | Dividend | K | T | | | | | |
| 24. T. Rowe Price Cap. Apprec. (RBC) | B | Dividend | K | T | | | | | |
| 25. T. Rowe Price Personal Strategy (RBC) | A | Dividend | J | T | | | | | |
| 26. T. Rowe Price Retirement 2030 (RBC) | B | Dividend | K | T | | | | | |
| 27. Vanguard Wellesley Inc. (RBC) | B | Dividend | K | T | | | | | |
| 28. RBC Money Mkt. | A | Interest | K | T | Buy (add'l) | 01/04/16 | K | | |
| 29. SD Retirement System (SDRS) (State of SD) | A | Interest | L | T | | | | | |
| 30. Thrift Sav. Acct. (Amer.Funds Investment Co. of Amer.) | B | Dividend | K | T | | | | | |
| 31. SD Retirement System (SDRS) (State of SD) | A | Interest | K | T | | | | | |
| 32. SD Retirement System Supp. Retirement Plan (State of SD) | A | Interest | J | T | | | | | |
| 33. Common Stock (Amern Strategic Inc. Port III) n/k/a Div. RA Inc. Fund | A | Dividend | J | T | | | | | |
| 34. Mutual Fund Stock (Amer. Funds Fundamental Investors) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mutual Fund Stock (Amer. Funds Growth Fund of America) | B | Dividend | K | T | | | | | |
| 36. Mutual Fund Stock (Amer. Funds Fundamental Investors) | A | Dividend | | | Merged (with line 34) | 11/29/16 | J | | |
| 37. Mutual Fund Stock (Vanguard 500 Index) | A | Dividend | K | T | | | | | |
| 38. Retirement Plan (Catholic Health Initiatives (CHI)) | B | Interest | | | Merged (with line 102) | 12/09/16 | L | | |
| 39. IRA (500 Index Fund - Vanguard) | A | Dividend | K | T | | | | | |
| 40. IRA (500 Index Fund - Vanguard) | A | Dividend | K | T | | | | | |
| 41. Mutual Fund Stock (Vanguard 500 Index) | A | Dividend | J | T | | | | | |
| 42. Money Market Accounts (Ameriprise) | A | Int./Div. | J | T | | | | | |
| 43. IRA (Columbia Seligman Communications Fund - Ameriprise) | C | Dividend | K | T | | | | | |
| 44. Mutual Fund Stock (Amer. Funds Growth Fund of America) | A | Dividend | | | Merged (with line 35) | 11/29/16 | J | | |
| 45. Roth IRA (Oakmark Equity & Income Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 46. Mutual Fund Stock (Oakmark Equity & Income) | B | Dividend | K | T | | | | | |
| 47. Roth IRA (Oakmark Equity & Inc. Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 48. Mutual Fund Stock (Managers Pimco Bond) n/k/a AMG GW&K Core Bond | A | Dividend | J | T | | | | | |
| 49. Mutual Fund Stock (T. Rowe Price Mid Cap. Value) | B | Dividend | K | T | | | | | |
| 50. Mutual Fund Stock (T. Rowe Price Mid Cap. Value) | A | Dividend | | | Merged (with line 49) | 11/29/16 | J | | |
| 51. Mutual Fund Stock (Dodge & Cox Stock) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mutual Fund Stock (Dodge & Cox Balanced) | C | Dividend | K | T | | | | | |
| 53. Mutual Fund Stock (Dodge & Cox Income) | A | Dividend | K | T | | | | | |
| 54. Roth IRA (Stock Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 55. Roth IRA (Balanced Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 56. Roth IRA (Stock Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 57. Roth IRA (Balanced Fund - Dodge & Cox) | A | Dividend | J | T | | | | | |
| 58. Roth IRA (Columbia Seligman Communications Fund-Ameriprise) | A | Dividend | J | T | | | | | |
| 59. General Electric Stock | A | Dividend | J | T | | | | | |
| 60. IBM Stock | A | Dividend | J | T | | | | | |
| 61. Mutual Fund Stock (Oakmark Global) | A | Dividend | K | T | | | | | |
| 62. Mutual Fund Stock (T Rowe Price Cap. Apprec.) | B | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 63. Mutual Fund Stock (T Rowe Price Media & Telecom) | A | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 64. Mutual Fund Stock (Amer. Funds Cap. Wld Gr & Inc.) | A | Dividend | J | T | | | | | |
| 65. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 66. Roth IRA (Oakmark Global Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 67. Roth IRA (T Rowe Price Cap Apprec Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 68. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Roth IRA (T Rowe Price Cap Apprec Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 70. Mutual Fund Stock (Oakmark Global) | A | Dividend | | | Sold (part) | 11/15/16 | J | | |
| 71. Mutual Fund Stock (Oakmark Global) | A | Dividend | | | Merged (with line 61) | 11/29/16 | J | | |
| 72. Mutual Fund Stock (T Rowe Price Cap Apprec) | A | Dividend | | | Merged (with line 62) | 11/29/16 | J | | |
| 73. Pepsico Stock | A | Dividend | J | T | | | | | |
| 74. Mutual Fund Stock (Dodge & Cox Intl Stock) | A | Dividend | K | T | | | | | |
| 75. Mutual Fund Stock (Oakmark Equity & Income) | A | Dividend | | | Sold (part) | 01/06/16 | J | A | |
| 76. Mutual Fund Stock (Oakmark Equity & Income) | A | Dividend | | | Merged (with line 45) | 11/29/16 | J | | |
| 77. Mutual Fund Stock (Vanguard Wellington) | B | Dividend | K | T | | | | | |
| 78. Mutual Fund Stock (TCW) | A | Dividend | J | T | | | | | |
| 79. Mutual Fund Stock (Fidelity Govt. Inc.) | A | Dividend | J | T | | | | | |
| 80. Mutual Fund Stock (Vanguard Intermediate-Term Treas.) | A | Dividend | J | T | | | | | |
| 81. Mutual Fund Stock (Harbor Bond) | A | Dividend | J | T | | | | | |
| 82. Mutual Fund Stock (FPA Crescent) | A | Dividend | J | T | | | | | |
| 83. Mutual Fund Stock (Columbia Seligman Communications) | B | Dividend | K | T | | | | | |
| 84. Mutual Fund Stock (Vanguard Wellesley Inc.) | A | Dividend | J | T | | | | | |
| 85. Mutual Fund Stock (Vanguard Dividend Growth) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mutual Fund Stock (Vanguard GNMA) | A | Dividend | J | T | | | | | |
| 87. Mutual Fund Stock (FPA Crescent) | A | Dividend | J | T | | | | | |
| 88. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 89. Roth IRA (Harbor Bond Fund - Ameriprise) | A | Dividend | J | T | | | | | |
| 90. Common Stock (ALPS Corp.) | | None | K | U | | | | | |
| 91. Roth IRA (Vanguard GNMA - Vanguard) | A | Dividend | J | T | | | | | |
| 92. Modern Woodman (Adjustable Life Insurance) | A | Interest | J | T | | | | | |
| 93. Mutual Fund Stock (AMG Yacktman) | A | Dividend | J | T | | | | | |
| 94. Mutual Fund Stock (Amer. Funds New Perspective) | A | Dividend | J | T | | | | | |
| 95. CHI Retirement Sav.(403(b)) Plan ) (Fidelity Contrafund - Fidelity) | B | Dividend | | | Merged (with line 102) | 12/09/16 | K | | |
| 96. CHI Retirement Sav. (403(b) Plan) (Am. Funds EuroPacific - Fidelity) | A | Dividend | | | Merged (with line 102) | 12/09/16 | K | | |
| 97. CHI Retirement Sav. (403(b) Plan) (Vanguard Ext. Mkt. Idx. - Fidelity) | A | Dividend | | | Merged (with line 102) | 12/09/16 | K | | |
| 98. CHI Retirement Sav. (403(b) Plan) (Pimco Total Return - Fidelity) | A | Dividend | | | Merged (with line 102) | 12/09/16 | K | | |
| 99. Roth IRA (Vanguard Wellesley - Ameriprise) | A | Dividend | J | T | | | | | |
| 100. Roth IRA (Vanguard Wellesley - Ameriprise) | A | Dividend | J | T | | | | | |
| 101. Mutual Fund Stock (T. Rowe Price Health Sciences) | B | Dividend | K | T | Buy (add'l) | 01/06/16 | J | | |
| 102. ▨ Retirem't Sav (403(b)) Plan) (FID Freedom 2025 - Fidelity) | C | Dividend | K | T | Buy (add'l) | Various | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ecliptic LLC | | None | M | U | | | | | |
| 104. Cash Balance Retirement Plan ▓ | B | Interest | J | T | | | | | |
| 105. Mutual Fund Stock (T. Rowe Price Capital Apprec.) | A | Dividend | J | T | Buy (add'l) | 01/06/16 | J | | |
| 106. Mutual Fund Stock (T. Rowe Price New Horizons) | A | Dividend | J | T | | | | | |
| 107. Mutual Fund Stock (T. Rowe Price Health Sciences) | A | Dividend | J | T | | | | | |
| 108. Mutual Fund Stock (Berwyn Income) | A | Dividend | J | T | | | | | |
| 109. Mutual Fund Stock (Berwyn Income) | A | Dividend | J | T | | | | | |
| 110. IRA (T. Rowe Price Capital Apprec. - Ameriprise) | A | Dividend | J | T | | | | | |
| 111. IRA (T. Rowe Price Capital Apprec. - Ameriprise) | A | Dividend | J | T | | | | | |
| 112. IRA (Berwyn Income - Ameriprise) | A | Dividend | J | T | | | | | |
| 113. IRA (Berwyn Income - Ameriprise) | A | Dividend | J | T | | | | | |
| 114. Mutual Fund Stock (Value Line Asset Allocation) | A | Dividend | J | T | | | | | |
| 115. Mutual Fund Stock (Vanguard Long Term Investment) | A | Dividend | J | T | | | | | |
| 116. Mutual Fund Stock (Dodge & Cox Intl.) | A | Dividend | J | T | | | | | |
| 117. Mutual Fund Stock (AMG BW&K Core Bond) | A | Dividend | J | T | | | | | |
| 118. BankWest Bank Accounts | A | Interest | J | T | | | | | |
| 119. Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mutual Fund Stock (T. Rowe Price Blue Chip Growth) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 121. Mutual Fund Stock (Dodge & Cox Balanced) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moreno, Mark A. | 04/21/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, pages 6, 9, lines 38, 93-96 - These retirement plans/investments were rolled over into the reitrement plan listed in line 100. The plan on this line (100) also had purchases separate and apart from the line 38, 93-96 rollovers that were made from bi-monthly paychecks throughout the year (hence "various" used in column D(2) of line 100).

Part VII, pages 6, 8, lines 36, 44, 50, 70, 71, 72, 75 and 76 - These mutual funds were held in one account. The balances in them were moved into and consolidated with the same mutual funds in another held account. See lines 34, 35, 45, 49, 61, 62.

Part VII, page 10, line 121 - This mutual fund was inadvertently left out of last year's report and should have been included in it (the fund was purchased during the 2015 reporting period).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark A. Moreno**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544